FILED
IN CLERKS OFFICE
2005 APR -1 P 12: 42
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN LEWIS,<br><br>Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION and TRUSTEES OF HAMPSHIRE COLLEGE LONG TERM DISABILITY PLAN,<br><br>Defendants | Civil Action No. 05-10525 RGS |

**MOTION TO ADMIT ATTORNEY GERALDINE G. SANCHEZ *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3**

(1) Defendants seek to have Attorney Geraldine G. Sanchez appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to Local Rule 83.5.3.

(2) I, John J. Aromando, am a member of the bar of this Court and have entered an appearance for Defendants in this case. I am a partner in the law firm of Pierce Atwood LLP.

(3) I am actively associated with Attorney Geraldine G. Sanchez, who is a partner at Pierce Atwood LLP, One Monument Square, Portland, ME 04101; (207) 791-1100; gsanchez@pierceatwood.com.

(4) Accompanying this Motion is a Certificate by Geraldine G. Sanchez certifying that she meets the requirements specified in Local Rule 83.5.3.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PIERCE ATWOOD LLP**
1 MONUMENT SQUARE
PORTLAND, MAINE 04101-1110
207-791-1100
DISBURSEMENT ACCOUNT

PEOPLES BANK
PORTLAND, ME

52-7445/2112

39363

PAY: *Fifty and 00/100 Dollars*

| NUMBER | DATE | AMOUNT |
|---|---|---|
| 000039363 | 03/30/2005 | *********50.00 |

TO THE ORDER OF **U.S. District Court-Massachusetts**

APR 0 1 2005

PIERCE ATWOOD LLP

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈039363⑈ ⑆211274450⑆ 0291 60851⑈

One Courthouse Way
Boston, MA 02210

APR 0 1 2005

Re: Lewis v. Unum Life Insurance Company of America, et al.
Docket No. 05-10525 RGS

Dear Ms. Thornton:

Enclosed please find for filing on behalf of Defendants in above matter the following:

1. Notice of Appearance of John J. Aromando;
2. Motion to Admit Attorney Sanchez *Pro Hac Vice*;
3. Certificate of Attorney Sanchez for Admission *Pro Hac Vice*;
4. Corporate Disclosure Statement;
5. Certificate of Service; and
6. $50 application fee.

FILED
IN CLERKS OFFICE
2005 APR -1 P 12:42
U.S. DISTRICT COURT
DISTRICT OF MASS

Thank you for your attention to this matter.

Sincerely,

Geraldine G. Sanchez

GGS/mlc
Enclosures
cc: Mala M. Rafik, Esq.

(5) No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

WHEREFORE, I hereby move that Geraldine G. Sanchez be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

DATED: 3|30|05

John J. Aromando, BBO # 545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that true copies of the above documents were served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

Mala M. Rafik, Esq.
Rosenfeld & Rafik
44 School Street
Boston, MA 02108

DATED: 3/30/05

John J. Aromando, BBO #545648

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 APR -1 P 12: 42
U.S. DISTRICT COURT
DISTRICT OF MASS

ROBIN LEWIS,

Plaintiff

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION and TRUSTEES OF HAMPSHIRE COLLEGE LONG TERM DISABILITY PLAN,

Defendants

Civil Action No. 05-10525 RGS

**CERTIFICATE OF GERALDINE G. SANCHEZ**
**FOR ADMISSION *PRO HAC VICE* IN THE**
**U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3, John J. Aromando (Bar Reg. No. 545648) who has entered an appearance in this case, has moved this Court to grant leave for Geraldine G. Sanchez to practice before this Court in this particular case.

Furthermore, I, Geraldine G. Sanchez, do hereby certify the following:

(1) I am a member in good standing of the bars of every jurisdiction where I have been admitted to practice, which includes the United States District Court for the District of Maine.

(2) My office address and telephone number are: Pierce Atwood LLP, One Monument Square, Portland, ME 04101 (207-791-1100).

(3) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

(4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Accordingly, I request that this Court grant me leave to practice in the United States District Court for the District of Massachusetts in the case *Robin Lewis v. Unum Life Insurance Company of America, et al.*

Sworn to this date under penalties of perjury.

DATED: 3/30/05

Geraldine G. Sanchez

Geraldine G. Sanchez

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*