UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN LEWIS,<br><br>    Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE<br>COMPANY OF AMERICA,<br>UNUMPROVIDENT CORPORA-<br>TION and TRUSTEES OF<br>HAMPSHIRE COLLEGE LONG<br>TERM DISABILITY PLAN,<br><br>    Defendants | Civil Action No. 05-10525 RGS |

## CORPORATE DISCLOSURE STATEMENT

Unum Life Insurance Company of America has not issued shares to the public nor has its subsidiaries or affiliates. Its parent company, UnumProvident Corporation, has issued shares to the public.

DATED: 3/30/05

*[signature]*
John J. Aromando, BBO #545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0335301.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

>Mala M. Rafik, Esq.
>Rosenfeld & Rafik
>44 School Street
>Boston, MA  02108

DATED: 3/30/05

>John J. Aromando, BBO #545648

{W0335301.1}