UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN LEWIS, | ) |
|     Plaintiff | ) |
| v. | ) Civil Action No. 05-10525 RGS |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION and TRUSTEES OF HAMPSHIRE COLLEGE LONG TERM DISABILITY PLAN, | ) |
|     Defendants | ) |

**DEFENDANTS' CERTIFICATION OF CONFERENCE**

The undersigned certify that they have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--for the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: 7-14-05

                Geraldine G. Sanchez
                PIERCE ATWOOD LLP
                One Monument Square
                Portland, Maine 04101
                (207) 791-1100

                *Attorney for Defendants*

{W0373854.1}

Dated: 7/14/05

Mary Elizabeth Fougere
Litigation Counsel
UnumProvident
2211 Congress Street
Portland, ME 04122

{W0373854.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

>Mala M. Rafik, Esq.
>Rosenfeld & Rafik
>44 School Street
>Boston, MA  02108

DATED: 7-14-05

>*[signature]*
>Geraldine G. Sanchez

{W0373854.1}