UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN LEWIS,<br><br>    Plaintiff<br><br>V.<br><br>UNUM INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION AND TRUSTEES OF HAMPSHIRE COLLEGE LONG TERM DISABILITY PLAN<br><br>    Defendants | CIVIL ACTION NO. 05-10525-RGS |

### PLAINTIFF ROBIN LEWIS' LR, D. Mass. 16.1(D)(3) CERTIFICATION

In accordance with the provisions of LR, D. Mass. 16.1(D)(3), I, Robin Lewis, the Plaintiff in this action and Mala M. Rafik, counsel for the Plaintiff, hereby certify that we have conferred:

(a)     with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses ---- of the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR, D. Mass. 16.4.

Dated: July 31, 2005

/s/ Mala M. Rafik
Mala M. Rafik
BBO No. 638075
Rosenfeld & Rafik, P.C.
44 School Street, Suite 410
Boston, MA 02108
(617) 723-7470

_____
Robin Lewis