UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


ROBIN LEWIS
    Plaintiff

    v.                              CIVIL ACTION NO. 05-10525-RGS

UNUM LIFE INSURANCE CO. OF AMERICA
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.                                              DECEMBER 20, 2005

    THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

    IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 60 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

    SO ORDERED.

                                                RICHARD G. STEARNS
                                              UNITED STATES DISTRICT JUDGE


                BY:

                          /s/ Mary H. Johnson
                          Deputy Clerk

DATED: 12-20-05