UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN LEWIS,<br>     Plaintiff<br><br>V.<br><br>UNUM INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION AND TRUSTEES OF HAMPSHIRE COLLEGE LONG TERM DISABILITY PLAN<br><br><br>     Defendants | CIVIL ACTION NO. 05-10525-RGS |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this matter with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| By: | /s/ Mala M. Rafik | By: | /s/ Geraldine G. Sanchez (MMR) |
|---|---|---|---|
| | Attorneys for the Plaintiff<br>S. Stephen Rosenfeld<br>BBO No. 428940<br>Mala M. Rafik<br>BBO No. 638075<br>ROSENFELD & RAFIK, P.C.<br>44 School Street, Suite 410<br>Boston, MA 02108<br>(617) 723-7470 | | Attorneys for the Defendants<br>Geraldine G. Sanchez<br>PIERCE ATWOOD<br>One Monument Square<br>Portland, ME  04101<br>(207) 791-1332 |

Date:    March 7, 2006